

# NUMBER 13-21-00312-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE FRED T. PHILIPS AND MERCEDES PHILIPS

On Petition for Writ of Mandamus.

# ORDER

### Before Justices Benavides, Longoria, and Tijerina
### Order Per Curiam

On October 1, 2021, relators Fred T. Philips and Mercedes Philips filed a petition for writ of mandamus seeking to compel the trial court to vacate its order enforcing a Rule 11 agreement. *See* TEX. R. CIV. P. 11. Relators assert that the trial court abused its discretion (1) by granting a motion to enforce a Rule 11 agreement against parties that raised fact issues and revoked consent to the terms of the Rule 11 agreement, and (2) because the order granting the motion to enforce a Rule 11 agreement contains "material terms outside and beyond the Rule 11 agreement." By previous order, this Court

requested that the real parties in interest, Thomas D. Stikeleather and Lea Ann Stikeleather, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

Relators have now filed a motion for temporary relief requesting that we stay the trial court's September 28, 2021 order, and any enforcement action pertaining to that order, pending the resolution of this original proceeding. The Court, having examined and fully considered the motion for temporary relief, is of the opinion that it should be granted. Accordingly, we grant the motion for temporary relief and we order the trial court's September 28, 2021 order and any enforcement action related to that order to be stayed pending further order of this Court.

PER CURIAM

Delivered and filed on the
7th day of October, 2021.